ADELAIDE M. McLAUGHLIN, as Executrix of JOHN J. McLAUGHLIN, Deceased, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*McLaughlin v. City of N. Y.*, 158 App. Div. 517, affirmed.
(Argued October 19, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover compensation for services.

*L. Laflin Kellogg* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.